| |
|---|
| UNITED STATES BANKRUPTCY COURT <br> District of New Jersey <br><br> Albert Russo, Standing Chapter 13 Trustee <br> CN 4853 <br> Trenton, NJ  08650 <br> 609-587-6888 <br> By:  Albert Russo |
| In re: <br><br> Dennis LaFran Gregory <br>                                    Debtor |

Chapter 13 Case No. 11-24145 / KCF

Judge: Kathryn C. Ferguson

# NOTICE OF RESERVE ON UNFILED CLAIM

Creditor:            Douglass Estates No. Condo Assoc.
Trustee Claim ID:    5
Court Claim No:      No Claim Filed -
Claimed Amount:      $2,300.00

Please be advised that a reserve has been placed on the above named claim for the following reason(s):

- The Trustee has attempted to disburse to creditor. The post office has returned mail marked "unable to forward".

Unless we receive the information needed or the necessary documents are filed with the Bankruptcy Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

DATED: 4/27/2016                                    /s/ Albert Russo
                                                    Albert Russo
                                                    Standing Chapter 13 Trustee